# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN P. DAVIDSON,<br><br>Plaintiff,<br><br>v.<br><br>W.J. SULLIVAN, et al.,<br><br>Defendants. | **Case No. 1:18-cv-00722-SKO (PC)**<br><br>**FINDINGS AND RECOMMENDATION FOR PLAINTIFF TO PROCEED ONLY ON FIRST AMENDMENT AND RLUIPA CLAIMS AGAINST DEFENDANTS CHAVEZ, CATES, AND VOONG AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED**<br><br>**(Docs. 1, 9)**<br><br>**TWENTY-ONE (21) DAY DEADLINE**<br><br>**Clerk of Court to Assign a District Judge** |

## FINDINGS

Plaintiff, Ryan P. Davidson, is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 20, 2018, an order issued for Plaintiff to either file an amended complaint, or a statement of willingness to proceed only on claims under the First Amendment and RLUIPA against Defendants Manager Chavez, Chief Dpty. War. Cates, and OA Chief Voong ("the Screening Order"). (Doc. 9.) Plaintiff was to file his response within twenty-one days. (*Id.*) That order indicated that Plaintiff's failure to comply would result in recommendation for this action to proceed only on the claims found cognizable. (*Id.*)

Although more than two months have passed, Plaintiff has neither filed an amended complaint, nor responded to the Screening Order. Thus, this action should proceed only on Plaintiff's claims under the First Amendment and RLUIPA against Defendants Manager Chavez,

1

Chief Deputy Warden Cates, and Office of Appeals Chief Voong as found cognizable in the Screening Order.

**<u>RECOMMENDATION</u>**

Accordingly, it is **HEREBY RECOMMENDED** that, based on the foregoing and for the reasons stated in the November 20, 2018 Screening Order, Plaintiff be allowed to proceed solely on his claims under the First Amendment and RLUIPA against Defendants Manager Chavez, Chief Deputy Warden Cates, and Office of Appeals Chief Voong, and that all other claims and defendants be dismissed with prejudice. The Clerk of the Court is directed to randomly assign a District Judge to this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). **<u>Within twenty-one (21) days</u>** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. Nov. 18, 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).


IT IS SO ORDERED.

Dated:   **February 11, 2019**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE