UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN P. DAVIDSON,<br><br>Plaintiff,<br><br>v.<br><br>W.J. SULLIVAN, et al.,<br><br>Defendants. | No. 1:18-cv-00722-DAD-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 11) |

Plaintiff Ryan P. Davidson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 20, 2018, the assigned magistrate judge screened the complaint and found that plaintiff had stated cognizable claims under the First Amendment and the Religious Land Use and Institutionalized Persons Act ("RLUIPA") against defendants Manager Chavez, Chief Deputy Warden Cates, and Office of Appeals Chief Voong, but that plaintiff had otherwise failed to state cognizable claims against any other defendants. (Doc. No. 9 at 4–13.) The magistrate judge provided plaintiff twenty-one days to either file an amended complaint or to notify the court that he only wishes to proceed on the claims found cognizable. (*Id.* at 13–14.) That order also informed plaintiff that failure to comply would result in the magistrate judge recommending that plaintiff only be allowed to proceed on the claims found cognizable. (*Id.* at 14.)

1

Plaintiff did not file an amended complaint or notify the court that he desires to proceed on the claims found cognizable within the time period provided. Therefore, on February 12, 2019, the assigned magistrate judge issued findings and recommendations recommending that this action proceed on plaintiff's claims under the First Amendment and RLUIPA against defendants Manager Chavez, Chief Deputy Warden Cates, and Office of Appeals Chief Voong, and that all other claims and defendants be dismissed. (Doc. No. 11.) The findings and recommendations were served on the plaintiff and contained notice that any objections thereto were to be filed within twenty-one days. (*Id.* at 2.) Despite lapse of more than the allowed time to file objections, plaintiff has not filed any objections or other response to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued February 12, 2019 (Doc. No. 11) are adopted in full;
2. This action for damages shall proceed on plaintiff's claims against defendants Manager Chavez, Chief Deputy Warden Cates, and Office of Appeals Chief Voong for violation of plaintiff's religious rights under the First Amendment and RLUIPA;
3. All other claims and defendants are dismissed; and
4. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **May 21, 2019**

UNITED STATES DISTRICT JUDGE