UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN P. DAVIDSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. CHAVEZ, et al.,<br><br>　　　　　Defendants. | No. 1:18-cv-00722-DAD-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO PROSECUTE<br><br>(Doc. No. 21) |

Plaintiff Ryan P. Davidson is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 14, 2020, the assigned magistrate judge issued an order requiring plaintiff to show cause in writing within twenty-one (21) days why the action should not be dismissed due to his failure to prosecute. (Doc. No. 19 at 2.) Plaintiff did not respond to the order to show cause within the time provided[1] and, accordingly, on February 10, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed due to

---

[1] The court served the order to show cause and the subsequent pending findings and recommendations on plaintiff at his address of record. Both were returned to the court by the U.S. Postal Service as "Undeliverable, Out to Court." As such, plaintiff has failed to keep the court apprised of his current address as required by Local Rule 183(b).

1

plaintiff's failure to prosecute this action. (Doc. No. 21.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on February 10, 2020 (Doc. No. 21) are adopted in full;
2. This action is dismissed due to plaintiff's failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 27, 2020**

UNITED STATES DISTRICT JUDGE